In the Matter of the Claim of John D. McLean, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.— Application for reargument denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.